3 So.2d 926

### Chester ROBINSON v. STATE.
#### 3 Div. 841.

Court of Appeals of Alabama.
May 20, 1941.

H. L. Foster, of Montgomery, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 226

### Horice ROBINSON v. STATE.
#### 5 Div. 134.

Court of Appeals of Alabama.
April 21, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 906

### R. T. ROGERS v. James O. KIKER.
#### 7 Div. 698.

Court of Appeals of Alabama.
June 9, 1942.

Leonard Crawford, of Fort Payne, for appellant.

C. A. Wolfes, of Fort Payne, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

10 So.2d 58

### Lynn ROLEN v. STATE.
#### 6 Div. 956.

Court of Appeals of Alabama.
Oct. 6, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

1 So.2d 48

### Aught ROLLINS v. STATE.
#### 8 Div. 113.

Court of Appeals of Alabama.
Feb. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 926

### Benton ROSS v. STATE.
#### 8 Div. 102.

Court of Appeals of Alabama.
March 18, 1941.

SIMPSON, Judge.
Affirmed.